READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM

**TRANSCRIPT ORDER**

| District Court | Eastern District of Michigan | District Court Docket Number | 04-70592 |

Short Case Title: Reese v. CNH Industrial N.V.

Date Notice of Appeal Filed by Clerk of District Court: Nov. 10, 2015      COA# 15-2382

---

**PART 1** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A.  Complete one of the following:
- ☐ No Hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☑ Transcript is already on the file in District Court Clerk's Office
- ☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | Patrick Duggan, J. | Feb. 3, 2015 | Nefertiti Jodi Matthews |
| Testimony (specify witnesses) | | | |
| Other (specify) | Hearing on Cross Motions for Summary Judgment | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

- ☐ Voir Dire       ☐ Opening statement of plaintiff       ☐ Opening statement of defendant
- ☐ Jury Instructions   ☐ Closing argument of plaintiff       ☐ Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- ☐ Criminal Justice Art (Attach copy of CJA form 24)
- ☐ Private Funds

Date: 

Signature: s/Bobby R. Burchfield     Print Name: Bobby R. Burchfield     Counsel for: CNH Industrial NV

Address: King & Spalding LLP, 1700 Pennsylvania Avenue NW, Washington DC 20006     Telephone: 202.626.5524

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b)

Date     Signature of Court Reporter     Telephone

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages          Actual Number of Volumes

Date                    Signature of Court Reporter

6CA-30

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

**YOU HAVE TEN (10) DAYS <u>AFTER FILING YOUR NOTICE OF APPEAL</u> TO COMPLETE THIS FORM BY DOING THE FOLLOWING:**

1. Complete Part 1.  Sign the form whether or not transcript is ordered.

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment.  A separate transcript order form must be completed for each court reporter.

3. Send four (4) copies to each court reporter.

4. **Fax a copy to the Clerk's office to the attention of Transcript Coordinator at 513-564-7097.  Do <u>not</u> mail the form, please fax it.**

5. Send a copy to appellee(s).  Make additional photocopies if necessary.

6. Retain a copy for your files.


SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.

If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Sixth Circuit:

513-564-7000

6CA-30
01/07