# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs-Appellees,<br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA LLC,<br><br>Defendants-Appellant. | No. 15-2382 |

## REPLY IN SUPPORT OF MOTION TO EXPEDITE APPEAL

Plaintiffs' opposition offers no basis for denying the request to expedite the appeal in this case. Notably, Plaintiffs do not dispute that Appellants CNH Industrial N.V. and CNH Industrial America LLC ("CNH") have been providing full retiree health benefits for the plaintiff class, at tremendous cost, throughout the almost twelve year duration of this litigation. Plaintiffs also cannot deny that this Court is very familiar with this case and the issues on appeal, having already considered the case twice before. Nor do Plaintiffs dispute that they are able to comply with the briefing schedule proposed by CNH.

Rather, Plaintiffs' sole source of opposition to expedited consideration is that a ruling by this Court in favor of CNH would "shorten its obligation to pay for the

retiree healthcare benefits" and could allow for changes to these plans in the near future. But if that happens, as CNH urges, and this Court determines that the collective bargaining agreements never created any such lifetime "obligation," CNH has been seriously injured by being forced to pay the benefits, with no realistic hope of recovery, for the nearly twelve year duration of this litigation. It makes no sense to extend that injury any longer than necessary. Further, Plaintiffs ignore this Court's admonition three years ago that "[t]his long-running dispute needs to come to an end," and that it is "particularly unfair to prolong the dispute when the status quo . . . not only favors just one party but also risks mooting the economic stakes of the case for the other party." *Reese v. CNH Global N.V.*, 694 F.3d 681, 686 (6th Cir. 2012). A final determination is overdue. An order expediting the appeal as set forth in the briefing schedule proposed by CNH is appropriate.

## CONCLUSION

For these reasons, CNH urges the Court to expedite consideration of this appeal and enter the schedule set forth in the Motion to Expedite Appeal.

Dated: November 24, 2015　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Bobby R. Burchfield
　　　　　　　　　　　　　　　　　Bobby R. Burchfield
　　　　　　　　　　　　　　　　　　Counsel of Record
　　　　　　　　　　　　　　　　　Nikesh Jindal
　　　　　　　　　　　　　　　　　David M. Barnes
　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　1700 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　Telephone:  (202) 737-0500
　　　　　　　　　　　　　　　　　Facsimile:  (202) 626-3737
　　　　　　　　　　　　　　　　　bburchfield@kslaw.com
　　　　　　　　　　　　　　　　　njindal@kslaw.com
　　　　　　　　　　　　　　　　　dbarnes@kslaw.com

*Counsel for CNH Industrial N.V. and CNH Industrial America LLC*

## PROOF OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing Reply in Support of Motion to Expedite Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ Bobby R. Burchfield
Bobby R. Burchfield