## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 01, 2015

Ms. Darcie R. Brault
Mr. Roger J. McClow I
McKnight, McClow, Canzano, Smith & Radtke
400 Galleria Officentre, Suite 117
Southfield, MI 48034

Mr. Bobby Roy Burchfield
King & Spalding
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006

Re: Case No. 15-2382, *Jack Reese, et al v. CNH Industrial N.V., et al*
Originating Case No. : 2:04-cv-70592

Dear Counsel:

   Appellant's motion to expedite briefing schedule is DENIED. The proposed schedule in the motion to expedite does not significantly vary from the ordinary schedule. Therefore, the motion to expedite is denied and a briefing schedule will issue under separate cover.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc:  Mr. David J. Weaver