UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __15-2382__

Case Name: __Jack Reese et. al__ vs. __CNH Industrial America, LLC et. al__

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

| Whirlpool Corporation |
|---|

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: __Douglas A. Darch__   Admitted: __12-30-1987__
(Sixth Circuit admission date only)

Signature: _/s/ Douglas A. Darch_

Firm Name: __Baker & McKenzie LLP__

Business Address: __300 E. Randolph St.__

Suite: __5000__   City/State/Zip: __Chicago, IL 60601__

Telephone Number (Area Code): __312-861-8933__

Email Address: __douglas.darch@bakermckenzie.com__

---

**CERTIFICATE OF SERVICE**

I certify that on __January 20, 2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _Douglas A. Darch_

---