# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

JACK REESE, FRANCES ELAINE PIDDE; JAMES CICHANOFSKY; ROGER MILLER; GEORGE NOWLIN; AND RONALD HITT,

    Plaintiffs/Appellees,

v.

CNH INDUSTRIAL AMERICA, LLC; AND CNH INDUSTRIAL N.V.,

    Defendants/Appellants.

Case No. 15-2382

## MOTION OF WHIRLPOOL CORPORATION
## FOR LEAVE TO FILE BRIEF AMICUS CURIAE

Whirlpool Corporation, which is currently litigating the issue of retiree healthcare benefit vesting in the Northern District of Ohio (a court which this Circuit oversees) respectfully requests leave to file a brief amicus curiae (filed concurrently with this motion) in support of Appellants in light of *M & G Polymers USA, LLC v. Tackett*, 135 S. Ct. 926 (2015).  *See* Fed. R. App. P. 29(b).[1]

---

[1] Appellants consented to the filing of Whirlpool's brief, but Appellees did not.

1

The instant case provides this Court with the opportunity to consider the impact of the Supreme Court's *Tackett* decision on this Court's vesting precedent. Because Whirlpool is currently litigating the vesting issue,[2] it has a substantial interest in this Court's interpretation and application of *Tackett*. Furthermore, Whirlpool and its former subsidiary, Maytag Corporation, have litigated the issue of whether retiree healthcare benefits vest in two different jurisdictions and under two different vesting standards. *See Maytag v. UAW*, 687 F.3d 1076 (8th Cir. 2012).

Whirlpool is thus uniquely positioned to share its insights on the *Tackett* decision and its impact on Sixth Circuit vesting law. *See Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997) ("An amicus brief should normally be allowed . . . when the amicus has an interest in some other case that may be affected by the decision in the present case . . . or when the amicus has unique information or perspective that can help the court").

---

[2] Whirlpool is defending a case pending in the Northern District of Ohio, *Zino v. Whirlpool Corp.*, No. 11-cv-1676, 2014 U.S. Dist. LEXIS 132318 (N.D. Ohio Sept. 19, 2014). Following the first phase of a bifurcated trial, the district court in *Zino* found, based on principles adopted in *Yard-Man* and its progeny, that plaintiffs were entitled to lifetime healthcare benefits. Later, following Whirlpool's motion to reconsider in light of *Tackett*, the district court upheld its prior finding of lifetime, vested benefits for the *Zino* retirees. *See Zino v. Whirlpool Corp.*, No. 11-cv-1676, 2015 U.S. Dist. LEXIS 147614 (N.D. Ohio. Oct. 30, 2015); *Zino v. Whirlpool Corp.*, No. 11-cv-1676, 2015 U.S. Dist. LEXIS 173484 (N.D. Ohio. Dec. 31, 2015).

Whirlpool has reviewed the Brief filed by Appellants and submits it has advanced new and different arguments that are relevant to the disposition of this case.

Accordingly, Whirlpool Corporation respectfully requests the Court grant it leave to file its brief amicus curiae in this matter.

Dated: January 20, 2016              Respectfully submitted,

s/Douglas A. Darch
Douglas A. Darch
(Douglas.Darch@bakermckenzie.com)
Baker & McKenzie LLP
300 East Randolph Street, Ste. 5000
Chicago, IL 60601
312.861.8933 (tel.)
312.698.2965 (fax)

*Attorney for Whirlpool Corporation*

## PROOF OF SERVICE

I hereby certify that the foregoing **Motion of Whirlpool Corporation for Leave To File Brief Amicus Curiae** was filed on January 20, 2016 using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case.

s/Douglas A. Darch
Douglas A. Darch
