# UNITED STATES COURT OF APPEALS

# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br>Plaintiffs-Appellees,<br><br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA, LLC,<br>Defendants-Appellant. | No. 15-2382 |

### PLAINTIFFS-APPELLEES' MOTION TO EXTEND DEADLINES AND BRIEFING SCHEDULE BY 28 DAYS

The Plaintiff Class by its undersigned counsel, hereby respectfully requests that the briefing schedule and other pending deadlines in this matter be extended for 28 days, for the reasons below.

1.  The undersigned counsel's law firm is experiencing an extraordinary and unprecedented crush of business during this month of January, 2016. Among other things, one attorney was off work for several days in December due to a serious illness, requiring pending trials, arbitrations and collective bargaining negotiations to be rescheduled to January, on top of many other matters already scheduled for

January. Another attorney was off work for a respiratory infection which required two hospital visits, and as he was just recovering from that illness, his son was born, requiring him to take several more days of parental leave time. As a result, the firm's other four (out of a total of 6) full time attorneys (including the undersigned) have had to cover other matters on top of their already full schedules. Also, the firm moved offices at the end of November, requiring the attorneys to spend additional time during the first two weeks of December on administrative and organizational tasks in addition to their already heavy legal case loads.

    2.    Attorney Darcie Brault, lead counsel in this matter, has one dispositive motion to be filed (*Gjokaj v. United States Steel Corp.*, Case No. 4:14-cv-14151 (E.D. Mich.)) and one response to a dispositive motion (*Payment v. MDOT,* Case No. 14-12463-CD (Chippewa County Circuit Court) to be filed within the next several weeks. Additionally, counsel is responsible for the preparation of witnesses and defense of seven plaintiff depositions in the cases of: *Wilson v. McDonald's Corporation, et. al.,* Case No. 5:14-cv-11082 (E.D. Mich.) and *Pullen v. McDonald's Corporation, et. al.,* Case No. 5:14-cv-11081 (E.D. Mich.). These depositions are all scheduled to occur before the end of February and involve attorneys from Chicago, Detroit, Washington D.C., and Ohio.

    3.    The current briefing schedule in this matter was issued on December 1, 2015. Under the current briefing schedule, Appellant's brief was due January 13,

2016; the Appellees' brief is due February 16, 2016, and any reply is due 17 days thereafter. There have been no previous adjournments.

4. Five days ago, on January 20, 2016, a motion was filed by a third party seeking leave to file brief amicus curiae. Attached to the motion was a lengthy brief. Appellees must now oppose the motion for leave to file the brief *and* prepare to respond to it, in addition to responding to the Appellants' brief.

5. Accordingly, and for the reasons above, appellant respectfully requests a 28 day extension of the briefing schedule.

6. The undersigned sought concurrence from opposing counsel, but was unable to obtain it.

WHEREFORE, Appellant, Petitioner/Cross-Respondent hereby requests that its motion be granted and that the deadlines in this matter be extended as set forth above.

> Respectfully submitted,
> McKNIGHT, CANZANO, SMITH,
> RADTKE & BRAULT, P.C.
>
> By:/s/*Darcie R. Brault*
> Roger J. McClow (P27170)
> Darcie R. Brault (P43864)
> Attorneys for Class Plaintiffs
> 423 N. Main Street, Suite 200
> Royal Oak, MI 48067
> (248) 354-9650
> dbrault@michworkerlaw.com

January 26, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2016, I electronically filed Plaintiffs-Appellees' Motion to Extend Deadlines and Briefing Schedule by 28 Days with the Clerk of the Court using the ECF system which will provide electronic notification of the filing of the Brief to all registered ECF participants.

    Respectfully submitted,

    McKNIGHT, CANZANO, SMITH,
    RADTKE & BRAULT, P.C.

    By:/s/Darcie R. Brault
    Roger J. McClow  (P27170)
    Darcie R. Brault (P43864)
    Attorneys for Class Plaintiffs
    423 N. Main Street, Suite 200
    Royal Oak, MI  48067
    (248) 354-9650
    dbrault@michworkerlaw.com