# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN, on Behalf of Themselves and a Similarly Situated Class,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>CNH INDUSTRIAL N.V., and CNH INDUSTRIAL AMERICA LLC<br><br>Defendants-Appellants. | No. 15-2382 |

## DEFENDANTS-APPELLANTS' MOTION TO EXTEND
## <u>DEADLINE FOR REPLY BRIEF</u>

In light of previously planned travel by both inside and outside counsel, Defendants-Appellants CNH Industrial N.V. and CNH Industrial America LLC hereby respectfully request a one-week extension of time within which to file their reply brief to April 8, 2016. The Court will recall that Plaintiffs sought and obtained a four-week extension to file their opposition brief, now due on March 15, 2016. *See* Ruling Letter of Jan. 26, 2016.

                                        Respectfully submitted,

Dated: March 7, 2016            /s/ Bobby R. Burchfield
                                        Bobby R. Burchfield
                                          Counsel of Record
                                        Nikesh Jindal
                                        Joshua N. Mitchell
                                        KING & SPALDING LLP
                                        1700 Pennsylvania Ave., NW
                                        Washington, DC  20006
                                        Telephone:  (202) 737-0500
                                        Facsimile:  (202) 626-3737
                                        bburchfield@kslaw.com
                                        njindal@kslaw.com
                                        jmitchell@kslaw.com

*Counsel for CNH Industrial N.V. and CNH Industrial America LLC*

Case: 15-2382   Document: 25   Filed: 03/07/2016   Page: 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2016, I caused the foregoing Motion to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record, effecting service on them.  *See* 6th Cir. R. 25(f)(1)(A).

/s/ Bobby R. Burchfield
Bobby R. Burchfield
  Counsel of Record
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
bburchfield@kslaw.com
