# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA, LLC,<br><br>Defendants-Appellant. | No. 15-2382 |

## PLAINTIFFS-APPELLEES' URGENT MOTION FOR LEAVE TO FILE A PRINCIPAL BRIEF IN EXCESS OF THE LIMITATIONS IN FED. R. APP. P. 32(a)(7)

Appellees, by their undersigned counsel, hereby respectfully requests that they be permitted to file a principal brief in excess of the page and type-volume limitations of Fed. R. App. P. 32(a)(7).

1.  The instant motion is brought pursuant to Fed. R. App. P. 26(b) and 27, *inter alia*.

2.  This appeal involves a factually rich record spanning nearly thirteen years, two previous reported Sixth Circuit opinions, and several district court opinions. There are two major issues raised in the appeal, both of which are complex, but particularly the question of whether proposed changes to retiree healthcare benefits is reasonable. The district court opinion, from which the appeal is taken is 45 pages long.

3.　　On January 20, 2016, a motion was filed by Whirlpool Corporation for leave to submit a brief amicus curiae in support of Appellants. Appellees responded to the motion on February 2, 2016 requesting that leave be denied, but in the alternative, to allow Appellees to file a dedicated response.

4.　　It is now apparent that Appellees will not know the outcome of that motion until after their principal brief is filed.

5.　　Due to the page and type-volume limitations set by Fed. R. App. P. 32(a)(7), Appellees' principal brief cannot reasonably provide a full response to all of the arguments raised by Appellant and Whirlpool.

WHEREFORE Appellees respectfully request that this Court enter and Order permitting Appellees to file a principal brief in excess of the page and type-volume limitations of Fed. R. App. P. 32(a)(7), with a maximum type-volume of no less than 21,000 words.

Respectfully submitted,
McKNIGHT, CANZANO, SMITH,
RADTKE & BRAULT, P.C.

By:/s/Darcie R. Brault
Roger J. McClow (P27170)
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
423 N. Main Street, Suite 200
Royal Oak, MI  48067
(248) 354-9650
January 26, 2016　　　　　　　　　dbrault@michworkerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I electronically filed PLAINTIFFS-APPELLEES' URGENT MOTION FOR LEAVE TO FILE A PRINCIPAL BRIEF IN EXCESS OF THE LIMITATIONS IN FED. R. APP. P. 32(a)(7) with the Clerk of the Court using the ECF system which will provide electronic notification of the filing of the Brief to all registered ECF participants.

    Respectfully submitted,

    McKNIGHT, CANZANO, SMITH,
    RADTKE & BRAULT, P.C.

    By:/s/Darcie R. Brault
    Roger J. McClow (P27170)
    Darcie R. Brault (P43864)
    Attorneys for Class Plaintiffs
    423 N. Main Street, Suite 200
    Royal Oak, MI  48067
    (248) 354-9650
    dbrault@michworkerlaw.com