# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Bobby R. Burchfield
Partner
Direct Dial: +1 202 626 5524
Direct Fax: +1 202 626 3737
bburchfield@kslaw.com

April 8, 2016

Deborah S. Hunt, Clerk
United States Court of Appeals
　　for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: Availability for Oral Argument in *Reese v. CNH Industrial N.V.*, No. 15-2382

Dear Ms. Hunt:

Following up on Plaintiffs' counsel's notice of unavailability for argument (filed in the district court, Doc. 459) dated March 24, 2016, noting counsel's unavailability from July 25 through August 4, counsel for Defendants CNH Industrial N.V. and CNH Industrial America LLC is available on all days through September 1, 2016, except April 25 and June 22–24. In view of the twelve-year pendency of this case, Defendants urge the Court to schedule argument at the earliest practicable time.

Respectfully submitted,

*/s/ Bobby R. Burchfield*
Bobby R. Burchfield


Cc: Darcie Brault