# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Bobby R. Burchfield
Partner
Direct Dial: +1 202 626 5524
Direct Fax: +1 202 626 3737
bburchfield@kslaw.com

April 28, 2016

Deborah S. Hunt, Clerk
United States Court of Appeals
    for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: Availability for Oral Argument in *Reese v. CNH Industrial N.V.*, No. 15-2382

Dear Ms. Hunt:

Due to an unavoidable conflict, counsel for Defendants CNH Industrial N.V. and CNH Industrial America LLC is no longer available for oral argument August 15–19. Counsel's availability otherwise remains unchanged — counsel is available on all days through September 1, 2016, except June 22–24 and August 15–19. Defendants continue to seek argument at the earliest practicable time.

Respectfully submitted,

s/Bobby R. Burchfield

Cc: Darcie Brault