Case No. 15-2382
_____

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JACK REESE, JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, for themselves and the class,

Plaintiffs-Appellees
v.

CNH INDUSTRIAL N.V. and CNH
INDUSTRIAL AMERICA, LLC,

Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Michigan
Case No. 2:04-cv-70592
_____

**NOTICE OF WITHDRAWAL OF COUNSEL**
_____

PLEASE TAKE NOTICE that Roger J. McClow (formerly of McKnight, Canzano, Smith, Radtke & Brault, P.C.) is withdrawing as counsel for Appellees Jack Reese, James Cichanofsky, Roger Miller and George Nowlin in the above referenced matter. Please remove him from all service lists for this appeal.

        McKNIGHT, CANZANO, SMITH,
        RADTKE & BRAULT, P.C.
        By:  *Darcie R. Brault*
        423 N. Main St., Suite 200
        Royal Oak, MI 48067
        248-354-9650
        Attorneys for Plaintiffs-Appellees
        dbrault@michworkerlaw.com

Dated: May 23, 2016

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

> By*: Darcie R. Brault*
> McKNIGHT, CANZANO, SMITH,
> RADTKE & BRAULT, P.C.
> 423 N. Main St., Suite 200
> Royal Oak, MI 48067
> 248-354-9650
> Attorneys for Plaintiffs-Appellees
> dbrault@michworkerlaw.com

Dated: May 23, 2016