# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 30, 2016

**Notice of Argument by Telephone Conference Call at 2:00 p.m. (Eastern Time)
On Wednesday, October 19, 2016**

Ms. Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke
400 Galleria Officentre, Suite 117
Southfield, MI 48034

Mr. Bobby Roy Burchfield
King & Spalding
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006

Re: No. 15-2382, *Jack Reese, et al v. CNH Industrial N.V., et al*

Dear Counsel,

Your case is scheduled for argument by telephone conference call at **2:00 p.m. (Eastern Time) on Wednesday October 19, 2016.** You must be available for argument from 1:30 p.m. – 3:00 p.m. Argument is limited to 15 minutes per side, unless expanded by the Court.

**If you are the attorney who will argue this case, download the Telephone Argument Acknowledgment form from the web site and file it electronically with the Clerk's office by September 13, 2016.**

Approximately 15 to 20 minutes prior to the 2:00 p.m. argument, an operator from *Conference America* will call you at the phone number you have listed on the acknowledgment form. After all attorneys are connected to the conference, a court representative will guide you through the process.

If you have any questions, please contact me for assistance.

Sincerely yours,

s/Mary C. Patterson
Calendar Deputy

cc: Mr. Douglas A Darch