UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Telephone Argument Acknowledgment

To: United States Court of Appeals for the Sixth Circuit
Attn: Calendar Deputy

Case Number: **15-2382**

Case Name: **Jack Reese, et al. v. CNH Industrial N.V., et al.**

Telephone Argument Date: **October 19, 2016**

**Please complete the applicable box below:**

---

I am confirming my appearance for telephone argument:

Appellant counsel's name: **Bobby R. Burchfield**

Telephone number by which counsel can
be reached the day of telephone argument: **202-393-3793**

---

**OR**

---

I am confirming my appearance for telephone argument:

Appellee counsel's name: _____

Telephone number by which counsel can
be reached the day of telephone argument: _____

---

This form needs to be electronically filed within two weeks of receipt of the telephone argument letter.

For docketing purposes, select the *Event Category* of **Argument** followed by **argument acknowledgment**.

---

**CERTIFICATE OF SERVICE**

I certify that on **September 1, 2016**            the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Bobby R. Burchfield**

---

Revised 1/16