# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br>Plaintiffs-Appellees,<br><br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA, LLC,<br>Defendants-Appellant. | No. 15-2382 |

### PLAINTIFFS-APPELLEES' MOTION FOR
### IN-PERSON, PUBLIC, ORAL ARGUMENT

Appellees, by their undersigned counsel, hereby respectfully request that oral argument in this matter be changed from a telephonic hearing to an in-person, public, oral argument.

1. This matter is scheduled for oral argument by telephone conference call at 2:00 pm on Wednesday, October 19, 2016.

2. Plaintiffs-Appellees' counsel complied with the instructions related to this argument contained in the August 30, 2016 notice from this Court.

3. Subsequently, a number of class members have expressed interest in attending oral argument.

4.     While counsel is cognizant of the Local Sixth Circuit Rule allowing argument by teleconference, Plaintiffs-Appellees request that the Court reconsider the decision to accommodate class members who wish to attend.

WHEREFORE Appellees respectfully request that this Court change the oral argument from telephonic to in-person, public hearing.

                                            Respectfully submitted,
                                            McKNIGHT, CANZANO, SMITH,
                                            RADTKE & BRAULT, P.C.

By:*/s/Darcie R. Brault*
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
423 N. Main Street, Suite 200
Royal Oak, MI  48067
(248) 354-9650

September 16, 2016                  dbrault@michworkerlaw.com

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed PLAINTIFFS-APPELLEES' MOTION FOR IN-PERSON, PUBLIC, ORAL ARGUMENT with the Clerk of the Court using the ECF system which will provide electronic notification of the filing of the Brief to all registered ECF participants.

    Respectfully submitted,

    McKNIGHT, CANZANO, SMITH,
    RADTKE & BRAULT, P.C.

    By:/s/*Darcie R. Brault*
    Darcie R. Brault (P43864)
    Attorneys for Class Plaintiffs
    423 N. Main Street, Suite 200
    Royal Oak, MI  48067
    (248) 354-9650
    dbrault@michworkerlaw.com