# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACK REESE, <br> JAMES CICHANOFSKY, <br> ROGER MILLER, and <br> GEORGE NOWLIN, <br> on behalf of themselves and a <br> similarly situated class, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CNH INDUSTRIAL N.V., and <br> CNH INDUSTRIAL <br> AMERICA LLC, <br><br> Defendants-Appellants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 15-2382 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS-APPELLANTS' RESPONSE TO PLAINTIFFS' MOTION FOR IN-PERSON ARGUMENT

Defendants-appellants CNH Industrial N.V. and CNH Industrial America, LLC do not object to an in-Court oral argument on the condition that it does not further delay argument in this twelve-and-and-half-year-old and much-delayed case.

If the Court proceeds with a telephonic argument, Defendants-Appellants assume that the audio of the argument will be available on the Court's website shortly after the argument, as is the Court's custom,

so that any interested party or non-party may listen to the argument. Further, as an alternative to an in-person argument, Defendants-Appellants offer to provide at their own expense a telephonic conference dial-in number to allow a specified number of plaintiffs'-appellees' representatives to listen to the argument live.

Dated: September 16, 2016             Respectfully submitted,

/s/ Bobby R. Burchfield
Bobby R. Burchfield
  Counsel of Record
Nikesh Jindal
Joshua N. Mitchell
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
bburchfield@kslaw.com
njindal@kslaw.com
jmitchell@kslaw.com

*Counsel for Defendants-Appellants CNH Industrial N.V. and CNH Industrial America LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I caused the foregoing to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record, effecting service on them.  *See* 6th Cir. R. 25(f)(1)(A).

/s/ Bobby R. Burchfield
Bobby R. Burchfield
  Counsel of Record
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
bburchfield@kslaw.com
