Case No. No. 15-2382
_____

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JACK REESE, JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, for themselves and the class

Plaintiffs-Appellees

v.

CNH INDUSTRIAL N.V. and CNH
INDUSTRIAL AMERICA, LLC

Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Michigan
Case No. 2:04-cv-70592
_____

**MOTION FOR LEAVE TO FILE APPELLEES' RESPONSE TO
WHIRLPOOL CORPORATION'S BRIEF AMICUS CURIAE**
_____

Now come the Plaintiffs-Appellees and move this Honorable Court as follows:

1. This appeal was initiated by Appellants on November 15, 2016.

2. Whirlpool Corporation submitted its brief *amicus curiae*, along with a motion for leave to file the brief, on January 20, 2016.

3. Plaintiffs-Appellees opposed the request for leave on February 2, 2016. R. 24 Appellees' Response to Motion of Whirlpool Corporation for Leave to File Brief Amicus Curiae.

4. Oral argument is now scheduled for October 19, 2016.

5. Having had no response from the Court regarding whether it will grant leave and accept Whirlpool Corporation's brief *amicus curiae*, Plaintiffs-Appellees request leave to submit their responsive brief, to be considered in the event that the panel grants Whirlpool Corporation's request for leave to file its brief *amicus curiae*.

WHEREFORE Plaintiffs-Appellees request leave to submit their responsive brief.

September 20, 2016

s/Darcie R. Brault  
Darcie R. Brault  
McKnight, Canzano, Smith,  
Radtke & Brault, P.C.  
423 N. Main St. Ste. 200  
Royal Oak, MI 48067  
248-354-9650  
Attorneys for Plaintiffs-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I caused the foregoing Motion For Leave To File Appellees' Response To Whirlpool Corporation's Brief Amicus Curiae to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of interest participating in the CM/ECF system.

s/Darcie R. Brault<br>
Darcie R. Brault<br>
McKnight, Canzano, Smith,<br>
Radtke & Brault, P.C.<br>
Attorneys for Plaintiffs-Appellee<br>
423 N. Main St. Ste. 200<br>
Royal Oak, MI 48067<br>
248-354-9650

September 20, 2016