**Telephone Argument, 2:00 P.M.**                              **Wednesday, October 19, 2016**

## Gibbons, Sutton, Donald

**15-2382**   Jack Reese, et al. v. CNH Industrial N.V., et al.

Jack Reese, et al                                              ret   Darcie R. Brault
    **Plaintiffs – Appellees**

V.

CNH Industrial America, LLC, et al                             ret   Bobby Roy Burchfield  (6)
    **Defendants – Appellants**

Defendants appeal the summary judgment for plaintiffs in this action under the LMRA and ERISA seeking lifetime retiree health care benefits.   (15 Minutes Per Side)

D. Aerie