UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 15-2382

Case Name: JACK REESE, ET AL. vs. CNH INDUSTRIAL N.V., ET AL.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

CNH INDUSTRIAL N.V., AND CNH INDUSTRIAL AMERICA LLC

☒ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: Joshua N. Mitchell                   Admitted: 04/20/2016
                                           (Sixth Circuit admission date only)

Signature: /s/ Joshua N. Mitchell

Firm Name: King & Spalding LLP

Business Address: 1700 Pennsylvania Avenue NW

Suite: 200         City/State/Zip: Washington, DC 20006

Telephone Number (Area Code): 202-626-5571

Email Address: jmitchell@kslaw.com

---

CERTIFICATE OF SERVICE

I certify that on May 5, 2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Joshua N. Mitchell

---

6ca-68
8/14